

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-4609-DMS |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| FRANCISCO MIGUEL MIRANDA- ESPINOZA, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that count 2 of the indictment shall be dismissed against Francisco Miguel Miranda-Espinoza without prejudice.

IT IS SO ORDERED.

Dated: March 16, 2020

Hon. Dana M. Sabraw
United States District Judge